# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                        **PLAINTIFF**

v.                      No. 4:19-cr-17-DPM

**SCHALENA ZIMMERMAN**                        **DEFENDANT**
**Reg. No. 32441-009**

## ORDER

Zimmerman moves to reduce her sentence based on amendments to the Sentencing Guidelines. When she was sentenced, she received two criminal history points because she was on probation when she committed her new crime. She would only receive one point under the amended Guidelines. This change, however, does not affect her sentencing range. Zimmerman still has fourteen criminal history points, meaning she remains in criminal history category VI. Her motion, *Doc. 59*, is therefore denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 December 2023